# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Debra Mayes,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               3:10-cv-410

Graphic Packaging International,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2011 Order.

                                                    Signed: October 28, 2011

                                                    Frank G. Johns, Clerk
                                                    United States District Court